ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP 1 6 2015

CLERK, U.S. DISTRICT COURT
By_____
Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

JACKIE LYNN WATTERS (26)
a/k/a "H2O"
NATHAN BRYANT COOPER (27)

No. 4:15-CR-151-O
**(Supersedes Indictment returned
June 10, 2015, adding Defendants
Jackie Lynn Watters and
Nathan Bryant Cooper only.)**

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before July 2014, and continuing until in or around June 2015, in

the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants

**Jackie Lynn Watters** and **Nathan Bryant Cooper**, together with Tonya Blackwood, not

named as a defendant herein, and others both known and unknown, did knowingly and

intentionally combine, conspire, confederate, and agree to engage in conduct in violation

of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute more

than 50 grams of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_____

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817-252-5200
Facsimile:  817-252-5455

**Superseding Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

VS.

JACKIE LYNN WATTERS (26)
a/k/a "H2O"

NATHAN BRYANT COOPER (27)

---

SUPERSEDING INDICTMENT

21 U.S.C. § 846
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(COUNT 1)

---

A true bill rendered:

FORT WORTH                                         FOREPERSON

Filed in open court this 16th day of September, A.D. 2015.

---

Defendant Watters(01) in custody.   Warrant to issue for defendant Cooper (02).

---

UNITED STATES MAGISTRATE JUDGE
(Magistrate Number: 4:15-MJ-333)