ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 4:15-CR-151-O |
| JACKIE LYNN WATTERS (26) | |

FACTUAL RESUME

SUPERSEDING INFORMAITON: Count One: Conspiracy to Possess a Controlled Substance with intent to Distribute (methamphetamine) (in violation of 21 U.S.C. 846, 841(a)(1) and (b)(1)(C))

PENALTY: $1,000,000 fine – not more than 20 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 3 years.

MAXIMUM PENALTY:
$1,000,000 fine and not more than twenty (20) years imprisonment, plus a term of supervised release of not less than 3 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Superseding Information are as follows:

First: That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the superseding information;

Second: That the defendant knew of the unlawful purpose of the agreement;

Factual Resume - Page 1

Third: That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

Fourth: That the overall scope of the conspiracy involved a mixture or substance containing a detectable amount methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

Since approximately July 2014, Jackie Lynn Watters assisted others in their distribution of methamphetamine by acting as a lookout or collecting drug proceeds. In this manner, Jackie Lynn Watters conspired with others to possess with intent to distribute methamphetamine.

SIGNED this ___1___ day of October_____, 2015.

_____        _____
JACKIE LYNN WATTERS                     PAUL LUND
Defendant                                Counsel for Defendant